IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JAWYNE HELFFERICH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. CIV 09-459 WJ/LFG** |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| of the Social Security Administration, ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATED ORDER

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for Extension of Time to file a Response (Doc. 21) to Plaintiff's Motion to Reverse or Remand (Doc. 17), it being stated that opposing counsel concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that the motion is well taken.

IT IS THEREFORE ORDERED that Defendant shall file a Response to Plaintiff's Motion to Reverse or Remand on or before June 30, 2010.

IT IS FURTHER ORDERED that Plaintiff may file a Reply to Defendant's Response on or before July 19, 2010.

*[signature]*
LORENZO F. GARCIA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 6/29/10*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Approved electronically on 6/25/10*
MICHAEL ARMSTRONG
Attorney for Plaintiff